UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

Case No. 1:20-CV-00055-LAG

DEBORAH LAUFER, Individually,

    Plaintiff

v.

SANGI, LLC, a Limited Liability Compoany d/b/a
EXECUTIVE INN PELHAM

    Defendant
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    Plaintiff, DEBORAH LAUFER, by and through undersigned counsel, hereby gives notice that, pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses any and all claims against Defendant, SANGI, LLC, a Limited Liability Company, d/b/a EXECUTIVE INN PELHAM, with prejudice.

    Respectfully Submitted,

    Attorneys for Plaintiff
    Kathy L. Houston, Esq., Of Counsel
    THOMAS B. BACON, P.A.
    15321 S. Dixie Highway, Suite 205
    Miami, FL 33157
    Tel: (305) 420-6609
    Fax: (786) 441-4416
    Email: courtdocs@houstonlawfl.com

    By:_____/s/ Kathy L. Houston_____
    Kathy L. Houston, Esq.
    Florida Bar No: 56042

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that that the foregoing document is being served this 11th day of June, 2020, on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

Sangi, LLC, d/b/a Executive Inn Pelham, c/o Sarah Gulati, Esq., Gulati Law, P.L., via email: sarah@gulatilaw.com; legal@gulatilaw.com

　　　/s/   *Kathy L. Houston*
Kathy L. Houston, Esq.